LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
SH MARINE LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SH MARINE LTD.,

                         Plaintiff,

    - against -

KUNDAN GROUP
and KUNDAN RICE MILLS LTD.,

                        Defendants.
------------------------------------------------------------------X

**ECF CASE**

07 Civ 8657 (PKL)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff SH MARINE LTD., certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

Dated: October 5, 2007

                                       LYONS & FLOOD, LLP
                                       Attorneys for Plaintiff
                                       SH MARINE LTD.

                        By: _____
                                       Kirk M. Lyons (KL-1568)
                                       65 West 36th Street, 7th Floor
                                       New York, New York 10018
                                       (212) 594-2400

U:\kmhldocs\2652002\Pleadings\Rule 7.1.doc