LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
PT APOL JAYA OF JAKARTA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PT APOL JAYA OF JAKARTA,   ECF CASE

              Plaintiff,

- against -   07 Civ. 8372 (SHS)

NORTH CHINA SHIPPING CO. LTD.,

              Defendant.
------------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff PT APOL JAYA OF JAKARTA, certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

    Dated: September 26, 2007

                                          LYONS & FLOOD, LLP
                                          Attorneys for Plaintiff
                                          PT APOL JAYA OF JAKARTA,

            By: _/s/ Kirk M. Lyons_
                                          Kirk M. Lyons (KL-1568)
                                          65 West 36th Street, 7th Floor
                                          New York, New York 10018
                                          (212) 594-2400