UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE LEISURE

----------------------------------------------------------------------X

SH MARINE LTD.                                                **ECF CASE**

                                    Plaintiff,               07 Civ.

              - against -                                              8657

KUNDAN GROUP
and KUNDAN RICE MILLS LTD.,

                                    Defendants.
----------------------------------------------------------------------X

## EX PARTE ORDER FOR PROCESS OF MARITIME
## ATTACHMENT AND GARNISHMENT

**WHEREAS**, on October ___, 2007, plaintiff, SH MARINE LTD., ("SH MARINE"),

filed the Verified Complaint herein for damages amounting to $269,815.80 inclusive of interest,

costs, and reasonable attorneys' fees, and praying for the issuance of Process of Maritime

Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for

Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure, and

**WHEREAS**, the Process of Maritime Attachment and Garnishment would command that

the United States Marshal or other designated process server attach any and all of defendants'

tangible and intangible property within the District of this Court, and

**WHEREAS,** the Court has reviewed the Verified Complaint and the conditions of

Supplemental Admiralty Rule B appearing to exist, it is hereby

**ORDERED**, that Process of Maritime Attachment and Garnishment shall issue against

all goods and chattels, and if such property cannot be found, against other tangible or intangible

property, credit and effects, claimed by or being held for the defendants by any garnishees within

this District, including the garnishees listed in Attachment "A" to the Process of Maritime

Attachment and Garnishment and/or any other garnishee(s) on whom a copy of the Ex Parte

Order for Process of Attachment and Garnishment in an amount up to and including $269,815.80

pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the

Federal Rules of Civil Procedure; and it is further

 **ORDERED,** that any person claiming an interest in the property attached or garnished

pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at

which the plaintiff shall be required to show cause why the attachment and garnishment should

not be vacated or other relief granted; and it is further

 **ORDERED,** that supplemental process enforcing the Court's Ex Parte Order for Process

of Maritime Attachment and Garnishment may be issued by the Clerk upon application of the

plaintiff without further Order of the Court; and it is further

 **ORDERED,** that a copy of this Ex Parte Order be attached to and served with said

Process of Maritime Attachment and Garnishment; and it is further

 **ORDERED,** that following initial service upon any garnishee by the United States

Marshal or any other person designated by Order to make service in this action, supplemental

service of the Process of Maritime Attachment and Garnishment may thereafter be made by way

of facsimile transmission or other verifiable electronic means, including e-mail, to each

garnishee so personally served; and it is further

 **ORDERED,** that with the consent of the garnishee, service on any garnishee herein is

deemed to be effective and continuous service throughout the remainder of the day upon which

such service is made, commencing from the time of such service through the close of the

garnishee's business the next business day.

- 3 -

Dated: New York, New York
       October 09 2007

SO ORDERED:

U.S.D.J.

U:\kmhldocs\2652002\Pleadings\Attachment Order.doc

### ATTACHMENT "A"

Citibank
399 Park Avenue
New York, NY 10022

Bank of America                                  ABN AMRO Incorporated
c/o Zeichner, Ellman & Krause LLP                Park Avenue Plaza
575 Lexington Avenue                             55 East 52 Street
New York, NY 10002                               New York, NY 10055

Bank of New York
1 Wall Street
New York, NY 10286

JP Morgan Chase Bank
One Chase Manhattan Plaza
New York, NY

HSBC (USA)
120 Broadway
New York, NY

Wachovia Bank
360 Madison Avenue
New York, NY 10017

Barclay's Bank
200 Park Avenue
New York, NY 10166

Standard Chartered Bank
1 Madison Avenue
New York, NY 10010

Deutsche Bank
60 Wall Street
New York, NY 10006

Fortis Bank
520 Madison Avenue
New York, NY 10022

UBS
299 Park Avenue
New York, NY 10171