AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 07 CIV 8657 (PKL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff SH Marine Ltd.

I certify that I am admitted to practice in this court.

| 1/2/2008 | | | |
|---|---|---|---|
| Date | | Signature | |
| | | Jon Werner | JW-5000 |
| | | Print Name | Bar Number |
| | | 65 West 36th Street, 7th Floor | |
| | | Address | |
| | | New York | NY | 10018 |
| | | City | State | Zip Code |
| | | (212) 594-2400 | (212) 594-4589 |
| | | Phone Number | Fax Number |