LYONS & FLOOD, LLP
ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

JON WERNER
E-Mail: jwerner@lyons-flood.com

ADMITTED IN NEW YORK,
NEW JERSEY

# MEMO ENDORSED

April 23, 2008

**VIA FACSIMILE**          (212) 805-7913

Honorable Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007

Re:  SH Marine Ltd. v. Kundan Group and Kundan Rice Mills Ltd.
     <u>07 Civ. 8657 (PKL)</u>
     Our file: 2652002

Dear Judge Leisure:

We are attorneys for plaintiff in this Rule B attachment action, which is scheduled for a court conference on Thursday April 24, 2008, at 10:30 a.m. At the last court conference which was held on April 2, 2008, the parties were in the midst of discussions regarding the possibility of placing the case on the court's suspense docket.

We now write jointly with defendants to request that this case be placed on the suspense docket, with the condition that the parties will submit status reports every 90 days and that either party can write to the court to have the case restored to the active docket at any time, and for any purpose.

We thank you for your attention to this matter.

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435  FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355  FAX: (203) 661-2577

Respectfully yours,

**Lyons & Flood, LLP**

By: Jon Werner

**BY EMAIL**     plennon@lenmur.com

cc:   Lennon, Murphy & Lennon, LLC
      Tide Mill Landing
      2425 Post Road
      Southport, CT 06890

      Attn.: Patrick F. Lennon, Esq.

4/24/08
SO ORDERED
USDJ

U:\kmhldocs\2652002\Correspondence\Leisure 01 ltr.doc

- 2 -